UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JUL -8 PM 5: 10

CLERK
S. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 21 U.S.C. § 846  CR220  042 |
| | ) Conspiracy to Possess With |
| KAYODE DAVIS | ) Intent to Distribute and to |
|    a/k/a "YODI," | ) Distribute Controlled |
| BRADLEY HARRISON, | ) Substances (Methamphetamine, |
| TYLER WOODCOCK, | ) Heroin and Cocaine) |
| BRADLEY SCOTT, | ) |
| VICTORIA BERRY, | ) 21 U.S.C. § 841(a)(1) |
| BRIDGETTE MANNING, | ) Possession with Intent to |
| JESSE GROSSMAN, | ) Distribute a Controlled |
| BRITTNEY GOODBREAD. | ) Substances (Methamphetamine |
| | ) and Heroin) |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Offense |
| | ) |
| | ) 18 U.S.C. § 922(a)(6) |
| | ) False Statement During |
| | ) Purchase of a Firearm |
| | ) |
| | ) 18 U.S.C. § 922(d) |
| | ) Transfer of Firearm to |
| | ) Prohibited Person |
| | ) |
| | ) 18 U.S.C. § 922(g) |
| | ) Possession of a Firearm by a |
| | ) Prohibited Person |
| | ) |
| | ) 18 U.S.C. § 2 |
| | ) Aiding and Abetting |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Conspiracy to Possess With Intent to Distribute and
to Distribute Controlled Substances (Methamphetamine and Heroin)*
21 U.S.C. § 846

Beginning on a date at least as early as September 2019, up to and including the return date of this indictment, the precise dates being unknown, in Glynn, Long, Liberty and Wayne counties, and other surrounding counties, within the Southern District of Georgia, and elsewhere, the defendants,

**KAYODE DAVIS
a/k/a "YODI,"
BRADLEY HARRISON,
TYLER WOODCOCK,
BRADLEY SCOTT,
VICTORIA BERRY,
BRIDGETTE MANNING,
JESSE GROSSMAN,
BRITTNEY GOODBREAD,**

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and Title 18, United States Code, Section 2.

2

## COUNT TWO
*False Statement During Purchase of a Firearm*
18 U.S.C. § 922(a)(6)

On or about August 11, 2019, in Glynn County, within the Southern District of Georgia, the defendants,

**BRADLEY HARRISON,
BRITTNEY GOODBREAD,**

aided and abetted by each other, in connection with the acquisition of a firearm, to wit, Brittney GOODBREAD, did knowingly make a false and fictitious written statement to Academy Sports and Outdoors (Store #278), a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Academy Sports and Outdoors (Store #278), as to a fact to the lawfulness of the sale a firearm, in that Defendant **BRITTNEY GOODBREAD** falsely represented that she was the actual buyer of the firearm, when, in fact, as Defendant **BRITTNEY GOODMAN** then and there well knew, Defendant **BRADLEY HARRISON**, was the actual buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT THREE
*Transfer to a Prohibited Person*
18 U.S.C. § 922(d)

On or about August 11, 2019, in Glynn County, within the Southern District of Georgia, the defendant,

**BRITTNEY GOODBREAD,**

knowingly disposed a firearm, that is, a Springfield Armory, Model: 911, 380 Auto, pistol, to BRADLEY HARRISON, knowing and having reasonable cause to believe that BRADLEY HARRISON had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(d).

## COUNT FOUR
*Possession of Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about February 15, 2020 in Long County, within the Southern District of Georgia, the defendant,

**BRADLEY SCOTT,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, Lorcin, Model: L380, 380 Auto, pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE
*Possession with Intent to Distribute a Controlled Substance (Hydromorphone)*
21 U.S.C. § 841(a)(1)

On or about February 15, 2020 in Liberty and Long counties, within the Southern District of Georgia, the defendant,

## BRADLEY SCOTT,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of hydromorphone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1)

## COUNT SIX
*Possession with Intent to Distribute a Controlled Substance*
*(Methamphetamine and Heroin)*
21 U.S.C. § 841(a)(1)

On or about March 4, 2020, in Wayne County, within the Southern District of Georgia, the defendants,

**KAYODE DAVIS**
**a/k/a "YODI,"**
**TYLER WOODCOCK,**
**VICTORIA BERRY,**
**BRIDGETTE MANNING,**
**JESSE GROSSMAN,**

aided and abetted by each other, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

7

## COUNT SEVEN
*Possession of Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about March 4, 2020, in Wayne County, within the Southern District of Georgia, the defendant,

### KAYODE DAVIS
### a/k/a "YODI,"

did knowingly possess a firearm, to wit, a Ruger Model: EC9S, 9mm Luger, pistol in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, possession with intent to distribute a controlled substance, as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT EIGHT
*Possession of Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about March 4, 2020, in Wayne County, within the Southern District of Georgia, the defendant,

### VICTORIA BERRY,

did knowingly possess a firearm, to wit, an Aero Precision, Model: X-15, .223 caliber Rifle in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, possession with intent to distribute a controlled substance, as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT NINE
*Possession of Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about March 20, 2020 in Glynn County, within the Southern District of Georgia, the defendant,

**BRADLEY HARRISON,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, Maadi Company, Model: Helwan, 9mm pistol, and a Smith & Wesson, Model: SW9F, 9mm pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
## (18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C. § 2461(c))

The allegations contained in Counts One through Nine of this Indictment is hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of any of the offenses set forth in this Indictment, Defendants

**KAYODE DAVIS**
**a/k/a "YODI,"**
**VICTORIA BERRY,**
**BRADLEY HARRISON,**
**BRITTNEY GOODBREAD,**
**BRADLEY SCOTT**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s), including but not limited to:

- Ruger, Model: EC9S, 9mm Luger, Pistol SN: 456-57346.
- Aero Precision, Model: X-15, .223, Rifle, SN: X210566.
- Springfield Armory Inc., Model: 911, 380 Auto, Pistol, SN: CC114762.
- Lorcin, Model: L380, 380 Auto, Pistol, SN: Obliterated.
- Maadi, Model: Helwan, 9mm, Pistol, SN: 1163663.
- Smith & Wesson, Model: SW9F, 9mm, Pistol, SN: PAH9389.
- Assorted ammunition and firearm magazines.

Upon conviction of one or more of the offenses in violation of Title 21, United States Code set forth in this Indictment, Defendants,

**KAYODE DAVIS**
**a/k/a "YODI,"**
**VICTORIA BERRY,**
**BRADLEY HARRISON,**

10

## BRITTNEY GOODBREAD, BRADLEY SCOTT

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including but not limited to:

- Ruger, Model: EC9S, 9mm Luger, Pistol SN: 456-57346.
- Aero Precision, Model: X-15, .223, Rifle, SN: X210566.
- Springfield Armory Inc, Model: 911, 380 Auto, Pistol, SN: CC114762.
- Lorcin, Model: L380, 380 Auto, Pistol, SN: Obliterated.
- Maadi, Model: Helwan, 9mm, Pistol, SN: 1163663.
- Smith & Wesson, Model: SW9F, 9mm, Pistol, SN: PAH9389.
- Assorted ammunition and firearm magazines.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Bobby L. Christine
United States Attorney

_____
Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

12